**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LUBOS NAPRSTEK,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE), *et al.*,<br><br>Defendants. | Civil Action No. 26-126 (SDW) (MAH)<br><br>**ORDER**<br><br>August 31, 2026 |

**WIGENTON**, District Judge.

**THIS MATTER** having come before this Court upon Defendants Federal National Mortgage Association ("Fannie Mae") and Newrez LLC d/b/a Shellpoint Mortgage Servicing's ("Shellpoint") Motion to Dismiss (D.E. 21), Toll Brothers, Inc. and Toll Brothers Mortgage Company's ("TMBC") Motion to Dismiss (D.E. 14), Safeguard Properties Management, LLC's ("Safeguard") Motion to Dismiss (D.E. 3), and Bank of America, N.A.'s ("BoA") Motion to Dismiss (D.E. 23) *pro se* Plaintiff Lubos Naprstek's ("Plaintiff") Complaint (D.E. 1-3 ("Compl.")), and this Court having considered the parties' submissions, for the reasons stated in this Court's Opinion dated August 31, 2026,

**IT IS** on this 31st day of August 2026,

**ORDERED** that the Motions to Dismiss (D.E. 3, 14, 21, and 23) are **GRANTED WITH PREJUDICE;** and it is further

**ORDERED** that this case shall be closed.

**SO ORDERED.**

/s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
Michael A. Hammer, U.S.M.J.
Parties